AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:25-cr-198-RFB-NJK |
| MICHAEL ALLEN RODRIGUEZ | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Courtroom No.: | 3B - BNW |
|---|---|---|---|
| | | Date and Time: | July 17, 2025 at 2:30pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 16, 2025

*Judge's signature*

BRENDA WEKSLER, U.S. Magistrate Judge
*Printed name and title*

RECEIVED
FILED       SERVED ON
ENTERED   COUNSEL/PARTIES OF RECORD

JUL 16 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY