# FILED

# UNDER

# SEAL

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
BRENNA BUSH
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:25-CR-00198-RFB-NJK-1 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AMENDED PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| MICHAEL ALLEN RODRIGUEZ | ) | PRETRIAL RELEASE |
| Defendant | ) | |

Attached hereto and expressly incorporated herein is an Amended Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Zachary Scott-Sedley, Senior U.S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 8th day of December, 2025.

TODD BLANCHE
Deputy Attorney General

By ___/S/_____
    BRENNA BUSH
    Assistant U. S. Attorney

(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. MICHAEL ALLEN RODRIGUEZ                    Docket No: 2:25-cr-00198-RFB-NJK

First Amended Petition for Action on Conditions of Pretrial Release

COMES NOW Zachary Scott-Sedley, Senior U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant Michael Allen Rodriguez. The defendant initially appeared on July 16, 2025, before U.S. Magistrate Judge Brenda Weksler and was ordered released on a personal recognizance bond with the following conditions of release:

1. Submit to supervision by and report for supervision to the U.S. Pretrial Services Office.
2. Continue or actively seek employment.
3. Abide by the following restriction on personal association, residence, or travel: travel is restricted to the Continental USA, the defendant shall remain in custody until a bed is available.
4. Not possess a firearm, destructive device, or other weapon.
5. Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.
6. Submit to testing for a prohibited substance if required by the Pretrial Services office or supervising officer Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system. and/or any form of prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
7. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services office or supervising officer.
8. Participate in one of the following location restriction programs and comply with its requirements as directed. Home Incarceration:  You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court: Submit to the following location monitoring technology and comply with its requirements as directed: GPS
9. No contact with Scott Paronable.
10. The defendant shall reside at the halfway house once released from inpatient treatment.
11. The defendant shall be placed on location monitoring, home incarceration, with GPS, once released from inpatient treatment.

**Respectfully presenting petition for action of Court and for cause as follows:**

Shall refrain from use of a controlled substance - On the evening of August 1, 2025, Pretrial Services was notified that Michael Allen Rodriguez tested positive for methamphetamine upon returning to WestCare Harris Springs Ranch inpatient treatment from an approved dentist

appointment in Las Vegas. Mr. Rodriguez admitted to using methamphetamine prior to providing the drug screen.

Shall participate in a program of inpatient substance use therapy - On August 2, 2025, during a morning staff check at 4am, Mr. Rodriguez was still present at the facility. At the morning staff check at 5:20am, Mr. Rodriguez was not present. It is believed that he absconded from the facility between those times. In addition, WestCare reports that they believe Mr. Rodriguez smuggled methamphetamine into the facility as another resident also tested positive for methamphetamine and Mr. Rodriguez was the only resident in the facility that had recently been transported to Las Vegas.

**PRAYING THAT THE COURT WILL ORDER THAT THE PETITION FILED ON AUGUST 2, 2025, BE AMENDED TO INCLUDE THE FOLLOWING VIOLATION:**

**Do not violate any local, state, or federal law -** After the issuance of the warrant, Mr. Rodriguez incurred two new state cases in Justice Court stemming from arrests by Las Vegas Metro including an incident on August 16, 2025 (Case #081865) for Burglary of a Business and an incident on September 19, 2025 (Case #080155) for Burglary While in Possession of a Gun, Own/Possess a Gun by a Prohibited Person, and Possession of Credit Cards without Owner's Consent.

**According to state records, the case #080155 was bound over to District Court (Case #C394624). According to the disposition, Mr. Rodriguez appears to have pled guilty to Attempted Possession of a Firearm by a Prohibited Person, a felony, on October 13, 2025, and was sentenced on November 24, 2025, to 24-60 months prison, suspended with 100 days jail (67 days credit for time served), to be followed by 2 years of probation, to include house arrest for 90 days.  The second case #081865 notes that, per negotiations, the case will be dismissed after sentencing in the previous matter.  Since sentencing recently occurred, it appears this case is pending a dismissal.**

**On December 5, 2025, Mr. Rodriguez completed his state jail term.**

ORDER OF COURT

Considered and ordered this  16th  day of December, 2025 and ordered filed and made a part of the records in the above case.

_____
Honorable Brenda Weksler
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 8th day of December, 2025.

Respectfully Submitted,

_____
Zachary Scott-Sedley
Senior U.S. Pretrial Services Officer
Place: Las Vegas, Nevada